Entered: June 13th, 2025
Signed: June 12th, 2025
**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 25-12558-MCR |
| ROBERT AARON WARREN, | |
| ALICIA WARREN, | Chapter 13 |
| Debtors. | |

PENTAGON FEDERAL CREDIT UNION, Movant,
v.
ROBERT AARON WARREN,
ALICIA WARREN, Debtors/Respondents,
and
REBECCA A. HERR, Trustee/Respondent.

### CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This CAUSE came on for consideration of the Motion for Relief from Automatic Stay ("**Motion**") (ECF No. 22) filed by Pentagon Federal Credit Union ("**Movant**") and the agreement of Robert Aaron Warren and Alicia Warren (the "**Debtors**"). The Court, noting the agreement between the Debtors and Movant as to the relief set forth herein, finds it appropriate to grant the relief requested. The Trustee has not filed a response and consequently does not oppose the relief requested. Therefore, upon review of the Motion for Relief from Automatic Stay filed herein by Movant, it is

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362(a) is **TERMINATED**, pursuant to 11 U.S.C. § 362(d)(1), to enable Movant and/or its successors and assigns to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by state law, of obtaining or transferring title to the real property belonging to the debtor and known as 2002 Mountain Wood Court, Upper Marlboro, MD 20774 (the "**Property**"), and to allow the purchaser or transferee to obtain possession of same; and is further,

**ORDERED**, that the Automatic Stay of 11 U.S.C. § 362(a) shall not be re-imposed as to

BWW#:MD-363344

the Debtor's interest in the Property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

**AGREED**:

| | |
|---|---|
| /s/ *Gregory C. Mullen*  <br>Gregory Mullen, Esq., Bar No. 29635 <br>BWW Law Group, LLC <br>6003 Executive Blvd, Suite 101 <br>Rockville, MD 20852 <br>bankruptcy@bww-law.com <br>*Counsel for the Movant* | /s/ *David I Steinberg* <br>David I Steinberg <br>8630 Fenton Street, Suite 320 <br>Silver Spring, MD 20910 <br>*Counsel for Debtor* |

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original agreed order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original agreed order.

 /s/ *Gregory C. Mullen*
Gregory Mullen, Esq.

cc:

| | |
|---|---|
| BWW Law Group, LLC <br>6003 Executive Blvd, Suite 101 <br>Rockville, MD 20852 | Robert Aaron Warren <br>9619 Marathon Terrace, #402 <br>Gaithersburg, MD 20878 |
| Rebecca A. Herr, Trustee <br>185 Admiral Cochrane Dr. <br>Suite 240 <br>Annapolis, MD 21401 | Alicia Warren <br>4701 Willard Avenue, #1735 <br>Chevy Chase, MD 20815 |
| David I Steinberg <br>8630 Fenton Street, Suite 320 <br>Silver Spring, MD 20910 | |

**END OF ORDER**