IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE | * | |
| | * | Case No. 25-12558 MCR |
| ROBERT ALLEN WARREN | * | |
| ALICIA WARREN | * | Chapter 13 |
| | * | |
| Debtors | * | |

**OBJECTION OF DOGWOOD STATE BANK TO
CONFIRMATION OF DEBTORS' AMENDED PLAN**

Dogwood State Bank, Creditor, by and through its attorneys, Christopher L. Hamlin and McNamee Hosea, P.A., hereby objects to confirmation of Debtors' Amended Chapter 13 Plan, pursuant to 11 U.S.C. §1325(b) and Rules 3015(f) and 9014 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Debtors Robert Allen Warren and Alicia Warren ("Debtors") commenced this case by filing a voluntary Petition under Chapter 13 of the United States Bankruptcy Code on March 15, 2024 (the "Petition Date"). Rebecca A. Herr was thereafter appointed Chapter 13 Trustee (the "Trustee").

2. Dogwood State Bank ("DSB") is a secured creditor of the Debtors. DSB has filed a Proof of Claim asserting a secured claim in the amount of $749,628.02 [Claim Register Claim No.12]. Debtors have filed no objection to DSB's Proof oof Claim.

3. Debtors filed their Amended Chapter 13 Plan (the "Plan") on June 12, 2025 [Dkt. 26]. Debtors' Plan fails to provide **any** payment to DSB pursuant to its secured claim. Debtors' Plan fails to provide that DSB will retain its lien until the payment of DSB's claim or otherwise address DSB's claim in any manner. Debtors' Plan fails to satisfy 11 U.S.C. §1325(a)(5)(A) and (B)(i).

4. Based upon the foregoing, DSB objects to the Plan and requests that confirmation of the Plan be denied.

                    Respectfully submitted,

                    MCNAMEE, HOSEA, P.A.

                    **/s/ Christopher L. Hamlin**
                    Christopher L. Hamlin, Esq. (Fed Bar 04597)
                    6404 Ivy Lane, Suite 820
                    Greenbelt, Maryland 20770
                    Telephone: (301) 441-2420
                    chamlin@mhlawyers.com

                    Attorneys for Dogwood State Bank, Creditor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **17th day of July 2025**, a copy of the foregoing Objection of Dogwood State Bank to Confirmation of Debtors' Amended Chapter 13 Plan, was served electronically to those persons and entities entitled to receive Notice Electronic Filing on the Court's CM/ECF system, as follows:

- ecf@ch13md.com  Rebecca A. Herr, Chapter 13 Trustee
- ds@steinlaw.com  David I .Steinberg, Esq.

    **I HEREBY FURTHER CERTIFY** that on this **17th day of July 2025**, a copy of the foregoing Objection of Dogwood State Bank to Confirmation of Debtors' Amended Chapter 13 Plan, was mailed, by first-class mail postage prepaid, to the following:

Robert Aaron Warren
9619 Marathon Terrace, #402
Gaithersburg, MD 20878

Alicia Warren
4701 Willard Avenue, #1735

Chevy Chase, MD 20815

/s/ Christopher L. Hamlin
Christopher L. Hamlin